**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-7429**

---

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

ERIC WHEELER, a/k/a E,

         Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Martin K. Reidinger, Chief District Judge.  (4:96-cr-00053-MR-2)

---

Submitted:  February 22, 2023                 Decided:  March 15, 2023

---

Before AGEE and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Eric Wheeler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Wheeler appeals the district court's order granting his motion for a sentence reduction pursuant to Section 404(b) of the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194.[*] We have reviewed the record and find no abuse of discretion. *See United States v. Jackson*, 952 F.3d 492, 497, 502 (4th Cir. 2020) (stating standard of review). The district court considered the revised statutory range, the advisory Sentencing Guidelines range, the 18 U.S.C. § 3553(a) factors, and Wheeler's rehabilitative efforts. The court also recognized that it had the discretion to impose the sentence sought by Wheeler, but it ultimately determined that the nature and circumstances of Wheeler's offense, as well as his criminal history, weighed against a sentence below the advisory Guidelines range. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court granted Wheeler's motion, the reduction granted by the court did not reduce his sentence to the full extent he requested.